UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

------------------------------------------------------x

DAVID RUTLEDGE,

               Plaintiff,

               v.

PINNACLE RECOVERY, INC.,

               Defendant.

------------------------------------------------------x

Case No. 15-CV-03085

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)**

Pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff David Rutledge and his counsel hereby give notice that he voluntarily dismisses his claim against the Defendant without prejudice.

Dated: October 5, 2015

Edward B. Geller, Esq., P.C. by

_/s/ Edward B. Geller_____

Edward B. Geller, Esq.

Attorney for Plaintiff